GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, NV 89104
(702) 384-8951
vegasatty@msn.com
Attorney for Appellant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** <br><br> **LIBORIUS IHECHERE AGWARA,** <br><br> Debtor. <br><br> _____ <br> **LIBORIUS IHECHERE AGWARA,** <br><br> Appellant, <br><br> v. <br><br> **KELECHI AGWARA, an individual; VICTORIA L. NELSON, Chapter 7 Trustee in the Bankruptcy Case of Liborius Ihechere Agwara,** <br><br> Appellees. <br> _____ | ) Bankruptcy Case No.: BK-S-13-17576-BTB <br> ) Chapter 7 <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) U.S. District Court Case No: <br> ) 15-cv-01595-APG <br> ) <br> ) Appeal Reference No.: 15-33 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER APPROVING STIPULATION DISMISSING APPEAL

The Court having reviewed and considered the "Stipulation Dismissing Appeal" (the "Stipulation" ) filed by the parties thereto, and good cause appearing thereto.

/ / /

**GEORGE R. CARTER, ESQ.**
1040 E. Sahara Ave.
Suite 104
Las Vegas, NV 89104

IT IS HEREBY ORDERED that the Stipulation is APPROVED; and

IT IS FURTHER ORDERED that the instant case is dismissed with prejudice this date.

**IT IS SO ORDERED.**

Dated:  June 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ George R. Carter
GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1040 E. Sahara Ave., Suite 104
Las Vegas, NV 89104
(702) 384-8951
vegasatty@msn.com
Attorney for Appellant